IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY TODD BOWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00424 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Knowles |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Jeffrey Todd Bower's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 16), filed with a Brief in Support (Doc. No. 16-1). Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 19), to which Plaintiff filed a Reply (Doc. No. 21). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report"), recommending that the Motion be denied. (Doc. No. 24 at 24.) The Report was filed on June 20, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 24–25.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion (Doc. No. 16) and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 23rd day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT